UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HAFED BETTAIBI,                                                     No. C 07-00912 JCS

        Plaintiff(s),

    v.                                                                          **ORDER SETTING CASE MANAGEMENT CONFERENCE [Reassigned Case]**

ROBERT MUELLER, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-entitled matter having been reassigned to the Honorable Joseph C. Spero, for trial and all further proceedings, it is hereby ordered, pursuant to Fed. R. Civ. P. 16 and Civil L.R. 16-10, that a Case Management Conference shall be held in this case on **June 15, 2007 at 1:30 p.m.,** in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California.

    The parties shall appear in person or through counsel and shall be prepared to discuss all items referred to in Civil L.R. 16-10. In view of the recent filing of a joint case management statement, no additional case management statement need be filed.

    All documents filed with the Clerk of the Court shall list the civil case number followed only by the initials "**JCS**." One copy shall be clearly marked as a <u>chambers</u> copy.

Dated: May 24, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge