SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFED BETTAIBI, | ) No. C 07-0912 JCS |
|         Plaintiff, | ) |
| v. | ) STIPULATION TO EXTEND DATE OF |
| ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS, | ) CASE MANAGEMENT CONFERENCE; ) AND [~~PROPOSED~~] ORDER |
|         Defendants. | ) |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, which is currently scheduled for June 15, 2007 to June 22, 2007 due to Plaintiff's counsel attending the Immigration Lawyer's Association Conference in Orlando Florida, and Plaintiff's co-counsel is on medical leave.

///

Stip. to Extend Date of Case Management Conference
C 07-0912 JCS

| | |
|---|---|
| 1  Dated: June 11, 2007 | Respectfully submitted, |
| 2 | SCOTT N. SCHOOLS<br>United States Attorney |
| 3 | |
| 4 | |
| 5 | EDWARD A. OLSEN<br>Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | |
| 7 | |
| 8  Dated: June ___, 2007 | /s/ for signature<br>ELIAS Z. SHAMIEH |
| 9 | DINA M. SOKHN<br>Attorneys for Plaintiff |

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to June 22, 2007 at 1:30 p.m.

Dated:

JOSEPH C. SPERO
United States Magistrate Judge

Stip. to Extend Date of Case Management Conference
C 07-0912 JCS

Dated: June ____, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: June 7, 2007

_____
ELIAS Z. SHAMIEH
DINA M. SOKHN
Attorneys for Plaintiff

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Case Management Conference be continued to June 22, 2007 at 1:30 p.m.

Dated:  June 12, 2007

_____
JCS
United States Magistrate Judge
Judge Joseph C. Spero

Stip. to Extend Date of Case Management Conference
C 07-0912 JCS