**United States District Court**
For the Northern District of California

1
2
3
4          UNITED STATES DISTRICT COURT
5          NORTHERN DISTRICT OF CALIFORNIA
6
7    HAFED BETTAIBI,                          Case No. C-07-00912 JCS
8            Plaintiff(s),
                                             **CASE MANAGEMENT AND**
9        v.                                  **PRETRIAL ORDER**
10   ROBERT MUELLER, ET AL.,
11           Defendant(s).
     _____/
12
13       Following a case management conference held on **June 22, 2007,**
14       IT IS HEREBY ORDERED THAT the Court sets the following briefing schedule for
15   dispositive motions:
16       1.  Plaintiff's Motion for Summary Judgment shall be filed by **August 3, 2007**.
17       2.  Plaintiff's opposition memorandum, and Defendant's Cross-Motion for Summary
18   Judgment shall be filed by **August 17, 2007.**
19       3.  Plaintiff's reply brief, and Defendant's opposition memorandum shall be filed by
20    **August 31, 2007**.
21       4.  Oral argument on the Motions for Summary Judgment is set for **September 28, 2007, at**
22   **9:30 a.m.**
23       IT IS SO ORDERED.
24
25   Dated:  June 25, 2007
26                                           _____
                                            JOSEPH C. SPERO
27                                          United States Magistrate Judge
28