UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAFED BETTAIBI, | Case No. C-07-00912 JCS |
|         Plaintiff(s), | **BRIEFING SCHEDULE ORDER AND NOTICE RESETTING HEARING DATE ON MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| ROBERT MUELLER, ET AL., | |
|         Defendant(s). | |

At the case management conference held on **June 22, 2007,** the Court stated that it would adopt the briefing schedule stipulated to by the parties in their Joint Case Management Conference Statement.[1]   That schedule is as follows:

    1. Plaintiff's Motion for Summary Judgment shall be filed by **August 3, 2007**.

    2. Defendants' Opposition to Plaintiff's Motion for Summary Judgment, and Defendant's Cross-Motion for Summary Judgment shall be filed by **August 17, 2007.**

    3. Plaintiff's Reply on the Motion for Summary Judgment, and Plaintiff's Opposition to Defendant's Cross-Motion shall be filed by **August 31, 2007**.

    4.  Defendants' Reply on the Cross-Motion for Summary Judgment shall be filed by **September 7, 2007.**

    5. Oral argument on the Motions for Summary Judgment currently set for September 28, 2007, at 9:30 a.m., has been continued to **November 9, 2007, at 9:30 a.m.**  The briefing schedule set forth above shall remain unchanged.

---

[1] The schedule set forth in the Court's  June 25 Case Management Conference and Pretrial Order (the "June 25 Order") misidentifies certain briefs and omits Defendant's final Reply brief.  That Order should be disregarded as it does not accurately reflect the schedule agreed to by the parties and adopted by the Court.

IT IS SO ORDERED.

Dated: August 9, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California