| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFED BETTAIBI,<br><br>         Plaintiff,<br><br>    v.<br><br>ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS,<br><br>         Defendants. | No. C 07-0912 JCS<br><br>**STIPULATION TO MODIFY THE BRIEFING SCHEDULE; AND [~~PROPOSED~~] ORDER**<br><br>Hearing Date:    November 9, 2007<br>Time:                   9:30 a.m. |

Pursuant to this Court's Briefing Schedule Order and Notice Resetting Hearing Date on Motions for Summary Judgment, the briefing schedule is as follows:

| | |
|---|---|
| Plaintiff's Motion for Summary Judgment: | August 3, 2007 |
| Defendants' Opposition/Cross-Motion: | August 17, 2007 |
| Plaintiff's Reply/Opposition: | August 31, 2007 |
| Defendants' Reply: | September 7, 2007 |

STIPULATION TO MODIFY BRIEFING SCHEDULE
C 07-0912 JCS

Hearing: November 9, 2007, at 9:30 a.m.

The plaintiff has filed his motion for summary judgment and the defendants have filed their opposition/cross-motion for summary judgment. In light of the fact that the parties are productively exploring the possibility of an administrative resolution of this case, the parties agree to extend the due dates for plaintiff's reply/opposition and the defendants' reply, as follows:

Plaintiff's Reply/Opposition: October 12, 2007

Defendants' Reply: October 19, 2007

The parties are not seeking to modify the current November 9, 2007 hearing date.

Dated: August 31, 2007
/s/
DINA M. SOKHN
Attorney for Plaintiff

Dated: August 31, 2007
/s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: __Sept. 9__, 2007

JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO MODIFY BRIEFING SCHEDULE
C 07-0912 JCS