```
 1  SCOTT N. SCHOOLS, SC SBN 9990
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFED BETTAIBI,<br><br>            Plaintiff,<br><br>      v.<br><br>ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS,<br><br>            Defendants. | No. C 07-0912 JCS<br><br>**STIPULATION TO MODIFY THE BRIEFING SCHEDULE AND HEARING DATE; AND [PROPOSED] ORDER**<br><br>Hearing Date:   November 9, 2007<br>Time:           9:30 a.m. |

   The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a second extension of the briefing schedule and to an extension of the hearing date in the above-entitled action, on the grounds that the parties believe there is a reasonable probability that this case will be moot within one to two months.

   The plaintiff has filed his motion for summary judgment and the defendants have filed their

STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
C 07-0912 JCS

opposition/cross-motion for summary judgment. The parties ask this Court to extend the dates for the plaintiff's reply/opposition and the defendants' reply, and to extend the hearing date, as follows:

   Plaintiff's Reply/Opposition:                       November 9 2007

   Defendants' Reply:                                 November 16, 2007

   Hearing:                                             December 14, 2007, at 9:30 a.m.

Dated: October 19, 2007                                    /s/
                                                              DINA M. SOKHN
                                                              Attorney for Plaintiff

Dated: October 19, 2007                                    /s/
                                                              EDWARD A. OLSEN
                                                              Assistant United States Attorney
                                                              Attorneys for Defendants

**ORDER**

     Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated: __10/19__, 2007                             _____
                                                      JOSEPH C. SPERO
                                                      United States Magistrate Judge

STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE
C 07-0912 JCS