SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFED BETTAIBI, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS, <br><br> Defendants. | No. C 07-0912 JCS <br><br> **STIPULATION TO EXTEND HEARING DATE; AND [**~~PROPOSED~~**] ORDER** <br><br> Hearing Date:    December 14, 2007 <br> Time:             9:30 a.m. |

    The plaintiff, by and through his attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a further extension of the hearing date in the above-entitled action, on the grounds that the parties believe there is a reasonable probability that this case will be moot within 30 days.

    The parties have completed the briefing in this matter and a hearing is scheduled for December 14, 2007, at 9:30 a.m. The FBI recently completed the name check of the plaintiff and USCIS

STIPULATION TO EXTEND HEARING DATE
C 07-0912 JCS

1  expects to be able to adjudicate the plaintiff's I-485 application within approximately 30 days.
2  The parties recognize that they have requested multiple extensions of time in this case and
3  appreciate the Court's patience in this matter.
4      The parties propose the following hearing date if, for some reason, USCIS is unable to
5  adjudicate the I-485 application within 30 days:
6      Hearing:                              ~~January 18~~ February 15, 2008, at 9:30 a.m.

11 Dated:  November 29, 2007                /s/
12                                          DINA M. SOKHN
                                            Attorney for Plaintiff

15 Dated:  November 29, 2007                /s/
                                            EDWARD A. OLSEN
                                            Assistant United States Attorney
16                                          Attorneys for Defendants

18                                      **ORDER**

19      Pursuant to the parties' stipulation, IT IS SO ORDERED.

21 Dated: 11/30    , 2007            _____
22                                   JOSEPH C. SPERO
                                     United States [Magistrate Judge]

STIPULATION TO EXTEND HEARING DATE
C 07-0912 JCS