JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6915
  FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HAFED BETTAIBI,<br><br>          Plaintiff,<br><br>    v.<br><br>ROBERT S. MULLER, III, Director, Federal Bureau of Investigation; GREGORY CHRISTIAN, Acting Director, Nebraska Service Center, USCIS; EMILIO GONZALEZ, Director, U.S. Citizenship and Immigration Services (USCIS); MICHAEL CHERTOFF, Secretary, Department of Homeland Security; ALBERTO GONZALES, Attorney General, Department of Justice; DAVID N. STILL, District Director, USCIS; TERRY RICE, San Francisco Field Office Director, USCIS,<br><br>          Defendants. | No. C 07-0912 JCS<br><br>**STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application (Form I-485).

    Each of the parties shall bear their own costs and fees.

///

///

Stip. to Dismiss
C 07-0912 JCS          1

| | | |
|---|---|---|
| 1 | Dated: January 14, 2008 | Respectfully submitted, |
| 2 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 3 | | |
| 4 | | _____/s/_____<br>EDWARD A. OLSEN |
| 5 | | Assistant United States Attorney<br>Attorneys for Defendants |
| 6 | | |
| 7 | Dated: January 11, 2008 | _____/s/_____ |
| 8 | | ELIAS Z. SHAMIEH<br>DINA M. SOKHN |
| 9 | | Attorneys for Plaintiff |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:   January 16, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge

Stip. to Dismiss
C 07-0912 JCS                    2